# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NERO BROWN MILES, | § | |
| # 24030625 | § | |
| | § | CIVIL ACTION NO. 3:25-CV-2201-S-BW |
| v. | § | |
| | § | |
| STATE OF TEXAS | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, this action will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow court orders.

**SO ORDERED.**

SIGNED November 23, 2026.

**UNITED STATES DISTRICT JUDGE**